UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICHOLE DECELLES,

   Plaintiff,

-vs-                                     CASE NO.:  6:14-CV-00423-ORL-18TBS

WHETSTONE PARTNERS, LLC,
 d/b/a/ ETITLELOAN,

   Defendant.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    **COME NOW** the Plaintiff, Nichole Decelles, and the Defendant, WHETSTONE PARTNERS, LLC, d/b/a/ ETITLELOAN, jointly by and through their respective undersigned counsel, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii), of the Fed. R. Civ. P., to the dismissal of this case, with prejudice, each party to bear her or its own costs and attorneys' fees, and request entry of an appropriate Order disposing of this case.

    Respectfully submitted this  24th   day of      October    , 2014.

| | |
|---|---|
| /s/ Amanda J. Allen | /s/ James B. Flanigan |
| Amanda Allen, Esquire | James B. Flanigan, Esquire |
| Morgan & Morgan, Tampa, P.A. | Tripp Scott, PA |
| One Tampa City Center | 110 Southeast 6 Street, 15th floor |
| Tampa, FL 33602 | Fort Lauderdale, FL 33301 |
| Tele: (813) 223-5505 | Tele: (954) 765-2917 |
| Fax: (813) 223-5402 | Fax: (954) 761-8475 |
| AAllen@ForThePeople.com | jbf@trippscott.com |
| Florida Bar#: 0098228 | Florida Bar#: 98399 |
| Attorney for Plaintiff | Attorney for Defendant |

## CERTIFICATE OF SERVICE

I, Amanda Allen, hereby certify that on October 24th, 2014, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to:

James B. Flanigan, Esquire
Florida Bar Number: 98399
Paul O. Lopez, Esquire
Fla. Bar Number: 983314
Tripp Scott, P.A.
110 SE 6th Street, Suite 1500
Ft. Lauderdale, FL 33301
T: (954) 525-7500
F: (954) 761-8475
jbf@trippscott.com
pol@trippscott.com
*Counsel for Defendants*

                                      */s/ Amanda Allen*
                                      Amanda Allen, Esquire
                                      Florida Bar #: 0098228