UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICHOLE DECELLES,

    Plaintiff,

v.                                         Case No: 6:14-cv-423-Orl-18TBS

WHETSTONE PARTNERS, LLC,

    Defendant.

---

## ORDER

On October 24, 2014 the parties filed a joint stipulation for dismissal (Doc. No. 29). Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** with prejudice. Each party to bear their own attorney's fees and costs.

**DONE AND ORDERED** at Orlando, Florida, this 3 day of ~~October~~ November, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record